DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ASSOCIATED RECEIVABLES FUNDING, INC.,

Appellant,

v.

ADVANCE TECHNOLOGY SOLUTIONS OF GEORGIA, LLC;
CRISPIAN R. ATKINS; CITIBANK, N.A.; and IDC
TECHNOLOGIES, INC.,

Appellees.

No. 2D2024-2891

_____

October 24, 2025

Appeal from the Circuit Court for Hillsborough County; Laura E. Ward,
Judge.

Alexander B. Cvercko of Cvercko & Associates, PA, Jacksonville, for
Appellant.

Donald A. Mihokovich of Adams and Reese LLP, Tampa, for Appellee
Citibank, N.A.

No appearance for remaining Appellees.


PER CURIAM.

        Affirmed.

NORTHCUTT, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.